for Writ of Mandamus and/or Extraordinary Relief is **DE-NIED.**

96 A.3d 1022

**William MILLER, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA–CIVIL DIVISION, Respondent.**

**No. 51 EM 2014.**

Supreme Court of Pennsylvania.

July 24, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 24th day of July, 2014, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**